UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALLEN IVINS,<br><br>          Petitioner,<br>   vs.<br><br>M. MARTEL, Warden,<br><br>          Respondent.<br>_____ | Case No. ED CV 09-1022 GW (MRW)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: March 15, 2012

                                                  _____<br>
                                                  HON. GEORGE H. WU<br>
                                                  UNITED STATES DISTRICT JUDGE